UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF<br><br>**ORDER SETTING PRELIMINARY CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS FOR STAY ON SEPTEMBER 20, 2018 AT 1:30 P.M.** |

The Court previously granted the parties' stipulation to continue the preliminary case management conference in this multidistrict litigation matter and the hearing on motions to stay for *PersonalWeb Technologies LLC et al v. Airbnb, Inc.*, Case No. 18-cv-149; *PersonalWeb Technologies LLC et al v. Goldbely, Inc.*, Case No. 18-cv-160; *PersonalWeb Technologies LLC et al v. Heroku, Inc.*, Case No. 18-cv-162; *PersonalWeb Technologies LLC et al v. Leap Motion, Inc.*, Case No. 18-cv-163; *PersonalWeb Technologies, LLC et al v. Merkle, Inc.*, Case No. 18-cv-409; and *PersonalWeb Technologies, LLC et al v. Spokeo, Inc.*, Case No. 18-cv-2140 (collectively, the "Stay Motions"). ECF 26.

The parties have filed a notice stating that they are available for the preliminary case management conference and the hearing on the Stay Motions on September 20, 2018 at 1:30 p.m. ECF 27. Accordingly, the Court hereby RESETS the preliminary case management conference in this multidistrict litigation matter and the hearing on the Stay Motions to **September 20, 2018 at 1:30 p.m.** The deadline to submit a joint case management statement is September 13, 2018.

**IT IS SO ORDERED.**

Dated: July 18, 2018

_____
BETH LABSON FREEMAN
United States District Judge